1

**TIFFANY & BOSCO**
P.A.

2  **2525 EAST CAMELBACK ROAD**

3  **SUITE 300**
**PHOENIX, ARIZONA 85016**

4  **TELEPHONE: (602) 255-6000**

5  **FACSIMILE: (602) 255-0192**

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

6  Mark S. Bosco
State Bar No. 010167

7  Leonard J. McDonald
State Bar No. 014228

8  Attorneys for Movant

9  09-27163/1256043755

10  **IN THE UNITED STATES BANKRUPTCY COURT**

11  **FOR THE DISTRICT OF ARIZONA**

12

13  IN RE:

No. 4:09-bk-26971-JMM

14  Guillermo Andrade

Chapter 7

15                 Debtor.
_____

ORDER

16  HSBC Bank USA, National Association, as Trustee
for NAAC Mortgage Pass-Through Certificates,

17  Series 2007-1

(Related to Docket #9)

                 Movant,

18        vs.

19  Guillermo Andrade, Debtor, Stanley J. Kartchner,
Trustee.

20

21                 Respondents.

22

23          Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

24  Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

25  and no objection having been received, and good cause appearing therefor,

26          IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 22, 2006 and recorded in the office of the Pima County Recorder wherein HSBC Bank USA, National Association, as Trustee for NAAC Mortgage Pass-Through Certificates, Series 2007-1 is the current beneficiary and Guillermo Andrade has an interest in, further described as:

> Lot 7, of Shadow Mountain Ranch, according to the Plat of Record in the Office of the County Recorder of Pima County, Arizona, recorded in Book 59 of Maps, Page 2.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT